UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61492-CIV-MORENO

ESTATE OF DUANE SIMMONS,

    Plaintiff,

vs.

AMERICAN GENERAL LIFE INSURANCE COMPANY,

    Defendant.
_____/



### FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Defendant's Motion for Clarification (D.E. No. 16) and the Volunteer Lawyers' Project's determination that this action is not eligible for assistance.

After a hearing on November 18, 2009, the Court entered an order staying the case for sixty days to give Plaintiff an opportunity to find counsel. The Court also referred the matter to the Volunteer Lawyers' Project for the Southern District of Florida. The stay ended on January 11, 2010. To date, Plaintiff has failed to find counsel, and the Volunteer Lawyers' Project has determined that it cannot provide assistance. Accordingly, it is

ADJUDGED that this Cause is DISMISSED, with each party bearing its own fees and costs. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of March, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record
Sherri Osby (11148 NW 35th Street, Sunrise, FL 33351)